UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-06411-CAS-FFM | Date | May 23, 2017 |
|---|---|---|---|
| Title | LODESTAR ANSTALT v. BACARDI & CO. LTD., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

**Proceedings:** (IN CHAMBERS)

PLAINTIFF'S MOTION FOR RECONSIDERATION (Dkt. 51, filed May 18, 2017)

PLAINTIFF'S EX PARTE APPLICATION TO EXPEDITE BREIFING SCHEDULE (Dkt. 52, filed May 18, 2017)

The Court finds plaintiff's motion for reconsideration appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. Accordingly, the hearing date of June 19, 2017 is vacated, and the matter is hereby taken under submission.

On August 25, 2016, plaintiff Lodestar Anstalt filed a complaint against defendants Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited. Dkt. 1.

On April 21, 2017, the Court granted defendants' motion to transfer this action to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a). Dkt. 49.

On May 18, 2017, plaintiff filed a motion for reconsideration of the Court's transfer order. Dkt. 51. On the same day, plaintiff filed an ex parte application to expedite the briefing schedule on its motion for reconsideration. Dkt. 52. On May 22, 2017, defendants filed an opposition to plaintiff's ex parte application, dkt. 53, and plaintiff filed a reply, dkt. 55.

"Once the files in a case are transferred physically to the court in the transferee district, the transferor court loses all jurisdiction over the case, including the power to review the transfer." Chrysler Credit Corp. v. Country Chrysler, Inc., 928 F.2d 1509, 1516–17 (10th Cir. 1991); see also Miller v. Toyota Motor Corp., 554 F.3d 653, 654 (6th Cir. 2009) ("Jurisdiction follows the file." (citing Chrysler Credit, 928 F.2d at 1516–17));

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-06411-CAS-FFM | Date | May 23, 2017 |
| Title | LODESTAR ANSTALT v. BACARDI & CO. LTD., ET AL. | | |

Jones v. InfoCure Corp., 310 F.3d 529, 533 (7th Cir. 2002) ("Generally speaking, a district court relinquishes all jurisdiction over a case when it is transferred to another district court."). In Lou v. Belzberg, 834 F.2d 730 (9th Cir. 1987), the Ninth Circuit addressed the issue of "when a transfer under 28 U.S.C. § 1404(a) becomes effective, thus terminating" the Ninth Circuit's jurisdiction. Id. at 733. The court noted that "[o]ther circuits have held that a section 1404 transfer ends the jurisdiction of both the transferor court and the corresponding appellate court when the motion is granted and the papers are entered in the transferee court's records." Id. The Belzberg court then "adopt[ed] the docketing date as the time of effective transfer." Id. The Ninth Circuit subsequently characterized Belzberg as standing for the proposition that "the docketing of a case in an out-of-circuit transferee court effectively completes a section 1404(a) transfer so as to deprive [the Ninth Circuit] of appellate jurisdiction." NBS Imaging Sys., Inc. v. U.S. District Court, 841 F.2d 297, 298 (9th Cir. 1988); see also Perlman v. Jackson Hewitt Inc., No. 10-cv-051-LRS, 2010 WL 3532681, at *1–2 (E.D. Wash. Sept. 1, 2010) ("The consensus in the Ninth Circuit Court of Appeals is that once transfer has been granted and the file docketed with the new district, the transferor court loses jurisdiction.").

Accordingly, the Court concludes that it does not have the jurisdiction to reconsider its transfer order or to rule on plaintiff's ex parte application.

## V. CONCLUSION

In accordance with the foregoing, plaintiff's motion for reconsideration and plaintiff's ex parte application are **DENIED** for lack of jurisdiction.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Preparer | | CL |