GARY J. NELSON, CA Bar No. 184651
gnelson@lrrc.com
G. WARREN BLEEKER, CA Bar No. 210834
wbleeker@lrrc.com
DREW WILSON, CA Bar No. 283616
dwilson@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff
LODESTAR ANSTALT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODESTAR ANSTALT, a Lichtenstein company,<br><br>Plaintiff,<br><br>vs.<br><br>BACARDI & COMPANY LIMITED, a Lichtenstein company, BACARDI U.S.A., INC., a Delaware corporation, and BACARDI LIMITED, a Bermuda company,<br><br>Defendants. | Case No. 2:16-cv-06411-CAS (FFMx)<br><br>**DECLARATION OF GARY J. NELSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Hearing Date: August 7, 2017<br>Time: 10:00 a.m.<br>Ctrm: 8D, First Street Courthouse<br><br>Hon. Christina A. Snyder |

101814463_1

I, Gary J. Nelson, declare:

1. I am a partner at Lewis Roca Rothgerber Christie LLP, counsel of record for Plaintiff Lodestar Anstalt ("Lodestar"), in the above captioned matter. I make this declaration based on personal knowledge and could competently testify to the facts stated if called upon to do so.

2. I am the billing attorney for this case and I personally review and approve the billings that are sent to Lodestar.

3. Lodestar spent $69,273.00 in legal fees/costs in opposing Bacardi's motion to transfer this case to Florida, as well as its motion to retransfer the case to this Court from Florida. The above figure also includes the costs and fees associated with litigating in Florida such as pro hac vice admissions and local counsel fees. A detailed billing summary will be provided to the Court upon request.

4. Lodestar spent $18,953.50 in legal fees/costs in drafting its motion for reconsideration of the Court's grant of Bacardi's motion to transfer the case to Florida. A detailed billing summary will be provided to the Court upon request.

5. Lodestar spent $5,068.50 in legal fees/costs in opposing Bacardi's ex parte application to extend the time to answer the complaint in this case until after the Court ruled on its motion to transfer. A detailed billing summary will be provided to the Court upon request.

6. Lodestar spent $12,196.50 in legal fees/costs in opposing Bacardi's motion to dismiss for lack of personal jurisdiction. A detailed billing summary will be provided to the Court upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on the 10th day of July 2017 in Glendale, California.

                                                    /s/Gary J. Nelson
                                                    Gary J. Nelson

-1-

101814463_1