GARY J. NELSON, CA Bar No. 184651
gnelson@lrrc.com
G. WARREN BLEEKER, CA Bar No. 210834
wbleeker@lrrc.com
DREW WILSON, CA Bar No. 283616
dwilson@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff
LODESTAR ANSTALT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODESTAR ANSTALT, a Lichtenstein company,<br><br>Plaintiff,<br><br>vs.<br><br>BACARDI & COMPANY LIMITED, a Lichtenstein company, BACARDI U.S.A., INC., a Delaware corporation, and BACARDI LIMITED, a Bermuda company,<br><br>Defendants. | Case No. 2:16-cv-06411-CAS (FFMx)<br><br>**SUPPLEMENTAL DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>**Hearing Date: Aug. 14, 2017**<br>**Time: 10:00 a.m.**<br>**Ctrm: 8D, First Street Courthouse**<br><br>**Hon. Christina A. Snyder** |

102111264_1

I, G. Warren Bleeker, declare:

1. I am an Equity Partner with Lewis Roca Rothgerber Christie LLP (LRRC), counsel of record for Plaintiff Lodestar Anstalt ("Lodestar") in the above captioned matter. I submit this supplemental declaration in response to the Court's Tentative Civil Minutes dated August 14, 2017, in which the Court permits Lodestar to provide additional information to the Court by no later than today, August 16, 2017, showing the hours worked, billing rates, and costs incurred to oppose the Bacardi Entities' original motion to transfer the case to Florida, the preparation and filing of Lodestar's subsequent motions for reconsideration and re-transfer along with the costs associated with litigating in Florida, opposing the Bacardi Entities' motion to dismiss for lack of personal jurisdiction filed in Florida, and the preparation and filing of the motion for sanctions, the drafting and filing of the reply, and attendance at the oral hearing. *See* Tentative Civil Minutes dated August 14, 2017 at p. 25 of 26 (a true and correct copy of which is attached as Exhibit 6 to this Declaration).

2. I have reviewed LRRC's billing records, and consulted with the timekeepers, for the billable time that has been billed to this matter and the related costs, and for time entries and costs incurred during the month of August 2017, which have not yet been billed to the client, but will be included in the bill covering the August 2017 timeframe.

3. Attached as Exhibit 1 is a detailed summary of billable time and expenses incurred in opposing the Bacardi Entities' original motion to transfer this case to Florida, which totals $24,609.00.

4. Attached as Exhibit 2 is a detailed summary of billable time and expenses incurred in preparing and filing Lodestar's motion for reconsideration which totals $16,761.25.

5. Attached as Exhibit 3 is a detailed summary of billable time and expenses incurred in preparing and filing Lodestar's motion for re-transfer and

-1-

102111264_1

reply brief, and the fees and costs associated with litigating in Florida which totals $39,413.25.

6. Attached as Exhibit 4 is a detailed summary of billable time and expenses incurred in preparing and filing the opposition to the Bacardi Entities' Motion to Dismiss For Lack of Personal Jurisdiction in Florida which totals $7,391.25.

7. Attached as Exhibit 5 is a detailed summary of billable time and expenses incurred in preparing and filing the Motion for Sanctions and Reply Brief, and for preparing for and attending the oral argument which totals $45,895.75.

8. I directed and oversaw the collection of the summaries attached as Exhibits 1 through 5 and identified the information to be included in the summaries based on my personal review of the firm's billing records for this matter and consultation with the timekeepers to determine time to be billed for August 2017. I modified the original time entries and descriptions, where appropriate, to exclude time billed to an event not covered by one of the above-mentioned categories. I also modified the descriptions, where appropriate, so as not to disclose any attorney work product or attorney client communication.

9. I have personal knowledge of the background and experience of all of the timekeepers who have billed time to this matter.

10. Mike Koplow is an Associate with LRRC. He earned his J.D. from New York University School of Law in 2012 and previously earned his Ph.D. in Mechanical Engineering from the University of California, Berkeley in 2009. Mr. Koplow was admitted to practice law in California in 2012 and focuses exclusively on intellectual property matters. His current billing rate for this matter is $375, which is reasonable based on his background and experience.

11. Drew Wilson is an Associate with LRRC. He earned his J.D. from Rutgers School of Law in 2010, was admitted to practice law in New Jersey and

102111264_1

Pennsylvania in 2010, and was admitted to practice law in California in 2012. He has been involved in intellectual property matters his entire career. His current billing rate for this matter is $435 which is reasonable, based on his background and experience.

12. Gary Nelson is an Equity Partner with LRRC. He earned his J.D. from Georgetown University Law Center in 1996. He was admitted to practice law in California in 1996. He has been involved in intellectual property matters his entire career. His current billing rate for this matter is $595, which is reasonable, based on his background and experience.

13. I am an Equity Partner with LRRC. I earned my J.D. in 2000 from the University of California, Berkeley (Boalt Hall) School of Law. I was admitted to practice law in California and in this Court in 2000. I have been involved in intellectual property litigation for the past 17 years. My current billing rate for this matter is $565, which is reasonable, based on my background and experience.

14. Norberto Chavez is a Litigation Paralegal with LRRC and has over 24 years of paralegal experience with litigation matters. His current billing rate for this matter is $210 which is reasonable, based on his background and experience.

15. Stacy Goodwin is a Litigation Support Project Manager with LRRC and has 23 years of paralegal experience with litigation matters. Her current billing rate for this matter is $240, which is reasonable, based on her background and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on the 16th day of August 2017 in Glendale, California.

/s/G. Warren Bleeker
G. Warren Bleeker

-3-

102111264_1