## CIVIL MINUTES – GENERAL    'O'

| Case No. | 2:16-cv-06411-CAS(FFMx) | Date | July 23, 2019 |
|---|---|---|---|
| Title | LODESTAR ANSTALT v. BACARDI & CO. LTD. ET AL. | | |

Present: The Honorable    CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - LODESTAR'S MOTION FOR SANCTIONS
(Dkt. 69, filed July 10, 2017)

The Court previously reserved ruling on plaintiff's motion for sanctions until the conclusion of the case. Dkt. 84 at 25. The Court entered summary judgment in favor of defendants on July 3, 2019. Dkt. 323. Plaintiff now seeks a ruling on its motion for sanctions before final judgment is entered. Dkt. 328 at 5.[1]

On July 10, 2017, plaintiff requested that the Court impose sanctions on defendants for their alleged misrepresentations related to their motion to transfer this action to the Southern District of Florida. Dkt. 69. Considering that defendants have otherwise acted appropriately throughout this litigation, the Court declines to award sanctions. Accordingly, the Court **DENIES** plaintiff's motion for sanctions.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

---

[1]    Plaintiff also argued that defendants should not be awarded costs pursuant to Federal Rule of Civil Procedure 54. The Court declines to address this issue until after the clerk has taxed costs. See Mosavi v. Mt. San Antonio College, 2018 WL 6219864 (C.D. Cal. Nov. 15, 2018).