O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LODESTAR ANSTALT, a Liechtenstein company,<br><br>Plaintiff,<br><br>v.<br><br>BACARDI & COMPANY LIMITED, a Liechtenstein company, BACARDI U.S.A., Inc., a Delaware corporation, and BACARDI LIMITED, a Bermuda company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:16-cv-06411-CAS-FFMx<br><br>**JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>Hon. Christina A. Snyder |

## JUDGMENT

On July 3, 2019, this Court issued an order granting defendants Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited's Motion for Summary Judgment on the claims asserted by plaintiff Lodestar Anstalt. Dkt. 323. In light of the grant of summary judgment, the Court does not have subject matter

jurisdiction over defendants' counterclaims for cancellation of plaintiff's marks. Accordingly, the counterclaims are dismissed without prejudice as moot.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff on the claims asserted by plaintiff (i.e., trademark infringement in violation of 15 U.S.C. § 1114, and unfair competition in violation of 15 U.S.C. § 1125, Cal. Civ. Code §§ 17200 et seq., and California common law), that plaintiff take nothing from defendants, that plaintiff's claims for relief be dismissed with prejudice, and that defendants recover their taxable costs of suit from plaintiff pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54.

**IT IS SO ORDERED.**

DATED: July 23, 2019

___
Hon. Christina A. Snyder,
United States District Judge